NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMINION RESOURCES, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5084

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-195, Judge Charles F. Lettow.

-------------------------------------------------

---

**DOMINION RESOURCES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5087

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-195, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States' motion to dismiss appeal no. 2011-5084,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2011-5084.

(3) The revised official caption for 2011-5087 is reflected above.

FOR THE COURT

**MAY 2 0 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Eric R. Fox, Esq.
     Francesca U. Tamami, Esq.

s21

Issued As A Mandate (As To 2011-5084 Only):  **MAY 2 0 2011**

---

*     The United States, requests that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

MAY 2 0 2011

JAN HORBALY
CLERK